PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) recognizance; (3) writ of habeas corpus; (4) transcript of county court record.
*Office Docket*, MS p. 141, c. 56.

## PETER J. DESNOYERS *versus* JOHN S. ROBY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled by parties *p. 193.
PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) recognizance; (3) writ of habeas corpus; (4) transcript of county court record.
*Office Docket*, MS p. 142, c. 57.

## PETER J. DESNOYERS *versus* JOHN S. ROBY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled by parties *p. 193.
PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) recognizance; (3) writ of habeas corpus; (4) transcript of county court record.
*Office Docket*, MS p. 143, c. 58.

## PETER J. DESNOYERS *versus* HARVEY WILLIAMS AND ALPHEUS WILLIAMS

JOURNAL ENTRIES (1821): *Journal 3:* (1) Motion for remand by procedendo granted *p. 193.
PAPERS IN FILE: (1–2) Precipes for habeas corpus; (3) recognizance; (4) writ of habeas corpus; (5) transcript of county court record.
*Office Docket*, MS p. 131, c. 44; p. 144, c. 59.